UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HAZEL CRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 3:16-CV-491-HBG |
| OAK HAVEN RESORT, INC., STEVEN ) | |
| MARSHALL, and BETTY W. MARSHALL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 23].

Now before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice and Memorandum in Support [Doc. 62], filed on January 18, 2018. The Court observes that the pretrial conference is currently scheduled for February 1, 2018, and the jury trial is set for February 13, 2018. Accordingly, the Court finds a shortened briefing schedule is appropriate given the above dates. *See* E.D. Tenn. L.R. 7.1(a) (explaining that the briefing schedule under 7.1(a) may be set aside if ordered by the Court). Defendants **SHALL** file a response to Plaintiff's Motion for Voluntary Dismissal Without Prejudice on or before **January 25, 2018**. The Court will address the pending Motions [Docs. 57, 58, 62] and responses thereto at the pretrial conference on February 1, 2018.

**IT IS SO ORDERED.**

ENTER**:**

*Bruce Guyton*
United States Magistrate Judge